BERNARD SCHWARTZ, an Infant, by DAVID SCHWARTZ, His Guardian ad Litem et al., Respondents, *v.* MEROLA BROS. CONSTRUCTION CORPORATION, Appellant; BANK FOR SAVINGS IN THE CITY OF NEW YORK et al., Appellants and Respondents, and NEW DEAL TERRAZZO COMPANY, INC., Respondent.

Reported below, 263 App. Div. 631.
Submitted November 23, 1942; decided December 10, 1942.

*Harry H. Lipsig* and *Albert Lee Singer* for motion.

*George J. Stacy* and *Olin S. Nye* opposed.

Motion denied, with ten dollars costs.